IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02335-AP

Charlotte Steele,

 Plaintiff,

v.

Michael J. Astrue,
Commissioner of Social Security
  Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Teresa Abbott
3515 S. Tamarac, Suite 200
Denver, CO 80237
303-757-5000
303-689-9627 (facsimile)
Abbott.teresa@gmail.com

For Defendant:

John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

Alexess D. Rea
Special Assistant United States Attorney
Denver, Colorado 80202
303-844-7101
303-844-0770 (facsimile)
Alexess.rea@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed:** 08/31/12

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:** 09/10/12

    **C.**    **Date Answer and Administrative Record Were Filed:** 11/08/12

**4.**    **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.**    **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties state that there are no other matters.

**8. BRIEFING SCHEDULE**

    **A.**    **Plaintiff's Opening Brief Due:** 1/11/13

    **B.**    **Defendant's Reply Brief (If Any) Due:** 2/11/13

    **C.**    **Plaintiff's Reply Brief (If Any) Due:** 2/26/13

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    **A.**    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    **A.**    **(  )** All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    **B.**    **( X )** All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 29th day of November, 2012.

                                                  BY THE COURT:

                                                  ***s/John L. Kane***
                                                  U.S. DISTRICT COURT JUDGE

APPROVED:

                                                   John F. Walsh
                                                   United States Attorney

s/ *Teresa Abbott*                               **By:** s/ *Alexess Rea*
3515 S. Tamarac, Suite 200               Special Assistant U.S. Attorney
Denver, CO 80237                          1001 17th Street
303-757-5000                                    Denver, CO 80202
303-689-9627 (facsimile)                 303-844-7101
Abbott.teresa@gmail.com                  303-844-0770 (facsimile)
                                                      Alexess.rea@ssa.gov

Attorney for Plaintiff                             Attorneys for Defendant