IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **12-cv-2335-AP**

**CHARLOTTE STEELE,**

        Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

Plaintiff's Unopposed Motion for Attorneys Fees Pursuant to the Equal Access to Justice Act, (doc. #22), filed March 4, 2013, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff , through counsel, reasonable attorney fees and expenses in the amount of **$6,900.00**.

Dated at Denver, Colorado, this 27th day of March, 2013.

                        BY THE COURT:

                        *S/John L. Kane*
                        JOHN L. KANE, SENIOR JUDGE
                        UNITED STATES DISTRICT COURT